# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:22-cr-029 |
| | ) |
| MICHAEL DONIVAN WHITE, | ) By:  Michael F. Urbanski |
| CHARLES RYAN BOWMAN, BRIAN | ) Chief United States District Judge |
| GREGORY CARROLL, JAMES | ) |
| BRIAN MULLINS, AND JAMES RAY | ) |
| WORLEY, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the court on defendants James Worley, James Mullins, Brian Carroll and Charles Bowman's Motion to Sever their cases from that of defendant Michael White, ECF Nos. 98, 102, 107, 140, and defendant White's Motion to Dismiss Count Seven of the Indictment, ECF No. 142.

For the reasons stated in the accompanying Memorandum Opinion, the Motion to Sever, ECF No. 98, is **GRANTED** and the Motion to Dismiss Count Seven, ECF No. 142, is **DENIED**.

Bowman, Carroll, Mullins, and Worley will be tried November 6–10, 2023, and White will be tried November 13–17, 2023.

It is **SO ORDERED**.

Entered: June 8, 2023

*/s/ Michael F. Urbanski*
Digitally signed by Michael F. Urbanski
Chief U.S. District Judge
Date: 2023.06.08 16:47:41 -04'00'

Michael F. Urbanski
Chief United States District Judge